UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 12-22882-CIV-COOKE/TURNOFF

RUSSELL FIGUEROA,

    Plaintiff,

v.

EXCEL CARGO SERVICES, INC.,

    Defendant.
_____/

## REPORT OF MEDIATION

A mediation conference was held on March 5, 2013 for the above referenced matter. Mediator, KAREN EVANS, conducted the proceedings. The parties were present as indicated by their signatures below.

_____ No agreement was reached.

_____ A partial agreement was reached.

__X__ A complete agreement was reached.

_____ The mediation was adjourned until _____

_____
Plaintiff

_____
Defendant

_____
Plaintiff's Counsel

_____
Defendant's Counsel

March 5, 2013
DATE

_____
KAREN EVANS, ESQUIRE
Mediator