UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 12-CV-22882-COOKE

RUSSELL FIGUEROA,
and other similarly-situated individuals,

      Plaintiff(s),

v.

EXCEL CARGO SERVICES, INC.
      Defendant.
_____/

## JOINT MOTION FOR APPROVAL OF SETTLEMENT AND DISMISSAL WITH PREJUDICE

The Parties, by and through their respective undersigned counsel, hereby file this Joint Motion for Approval of Settlement and Dismissal With Prejudice. In support thereof, the Parties state as follows:

1. Plaintiff filed a multi count complaint alleging that Defendant violated Fair Labor Standards Act claiming unpaid overtime compensation along with other state court claims for breach of contract, and unjust enrichment claims.

2. Defendant has denied that Plaintiff is entitled to the damages alleged in the Complaint. Defendant claimed a total defense of an exemption under the FLSA.

3. However, in an effort to avoid expenses and with no admission of liability, the Parties reached a settlement agreement satisfactory to both parties on or about March 5, 2013.

4. Thereafter with the assistance of the court-appointed mediator the Parties consummated the settlement through a written Settlement Agreement and Waiver of Claims ("Settlement Agreement").

UNITED STATES DISTRICT COURT
CASE NO.: 12-cv-22882-Cooke/Turnoff

5. Pursuant to the Fair Labor Standards Act of 1938, 29 U.S.C. § 216 (b), the Parties' Settlement Agreement is subject to this Court's scrutiny for fairness. Lynn's Food Stores, Inc. v. U.S., 679 F.2d 1350, 1353 (11th Cir. 1982). Accordingly, the parties have separately submitted to the Court for an in camera inspection a copy of the Settlement Agreement for the Court's consideration and approval.

6. The Parties assert that the Settlement Agreement is a fair and reasonable compromise of Plaintiff's claims under the Fair Labor Standards Act, such that this Court should approve same pursuant to Lynn's Food Stores, Inc. v. U.S., 679 F.2d 1350, 1353 (11th Cir. 1982).

7. The Parties also stipulate that the settlement reached between them advances judicial economy.

8. The Parties have settled all of the claims before the Court and have agreed to an exchange of mutual general releases.

WHEREFORE, the Parties respectfully request this honorable Court to approve the Settlement Agreement and Waiver of Claims entered into by the parties and dismiss the instant action with prejudice.

## MEMORANDUM IN SUPPORT

Plaintiff filed the instant action against Defendant for payment of overtime compensation allegedly owed for services provided by him to Defendant pursuant to the Fair Labor Standards Act. Defendant denied liability as alleged by Plaintiff and, accordingly, a bona fide dispute between the parties existed. On March 5, 2013, the Parties reached an amicable resolution in principle to this matter after extended negotiations between the parties by and through their

UNITED STATES DISTRICT COURT
CASE NO.: 12-cv-22882-Cooke/Turnoff

respective attorneys. The Parties consummated their settlement through a Settlement Agreement and Waiver of Claims.

When a private action for back wages is brought under the Fair Labor Standards Act, the District Court may enter a stipulated judgment upon settlement by the parties after scrutinizing the settlement for fairness. Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982). As such, the Parties have presented the Court with their Settlement Agreement for the Court's in camera review and approval. The Parties represent that the agreed upon resolution is both fair and equitable, and advances judicial economy. Based on the foregoing, the Parties request that this Honorable Court approve the Parties' Settlement Agreement and dismiss the instant action with prejudice, the Parties to bear their own fees and costs, except as otherwise provided by the Settlement Agreement.

RESPECTFULLY SUBMITTED, this 8th day of March, 2013.

/s/ JASON REMER
Jason Remer, Esq.
FBN: 0165580
Remer & Georges-Pierre, PLLC
44 W. Flagler Street, Suite 2200
Miami, FL 31330
Telephone: (305) 416-5000
Fax: (305) 416-5005
Attorneys for Plaintiff

Richard J. Stone, Esq.
FBN: 231576
Richard J. Stone, P.A.
9130 S. Dadeland Blvd. PH 1A
Miami, FL 33156
(305) 670-2080 (Telephone)
(305) 670-2345 (Facsimile)
Counsel for Defendant